UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE PECCIA, | No. 2:18-cv-03049 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

The court is in receipt of plaintiff's ex parte request to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 30. The court has reviewed the filing and, upon finding good cause, GRANTS plaintiff's request. The clerk of court is hereby ordered to make the necessary arrangements to allow plaintiff to participate in electronic filing for this case.

Plaintiff has also filed a motion to quash (ECF No. 29) and a motion for a protective order (ECF No. 28). These matters are SUBMITTED on the papers pursuant to Local Rule 230(g). Defendant's response to each motion is due no later than April 8, 2020. Plaintiff's reply to each motion is due no later than April 15, 2020, at which point the motions will be deemed submitted.

IT IS SO ORDERED.

DATED: March 20, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE