UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE PECCIA, | No. 2:18-cv-3049 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

Plaintiff is proceeding in this case in pro per.  The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff requests an extension of time to file expert disclosures, amending his deadline from February 5, 2021 to March 19, 2021.  ECF No. 36 at 1.  Plaintiff indicates that he has conferred with defense counsel and there is no opposition to this extension of time.  Id.  No opposition was filed.  Plaintiff represents the additional time is necessary due to delays caused by COVID-19.

For good cause shown, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 36) is GRANTED and his new deadline to file expert disclosures is March 19, 2021.

DATED: March 4, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE