UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE PECCIA, | No. 2:18-cv-03049 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On May 17, 2021, defendant filed a motion for summary judgment and noticed it for hearing on June 14, 2021. ECF No. 69. The court issued an order stating that the motion would be heard on the papers. ECF No. 70. Plaintiff did not respond to the motion. Instead, on June 14, 2021, plaintiff filed a request for a 14 day extension of time for oral argument, stating that he contacted defendant and defendant did not oppose the extension. ECF No. 73.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. In the interest of justice in light of plaintiff's pro se status, the court will allow plaintiff additional time to file an opposition to the motion for summary judgment and a response to the statement of undisputed facts (ECF No. 69-2). Plaintiff

1

must file his opposition and statement no later than June 30, 2021. Any reply briefing is due no later than July 9, 2021. The matter will be heard on the papers without oral argument.

IT IS SO ORDERED.

DATED: June 15, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE