UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK PECCIA,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA / DEPARTMENT OF CORRECTIONS AND REHABILITATION and DOES 1 through 5, inclusive,<br><br>        Defendants. | No. 2:18-cv-03049 JAM-AC<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiff's Motion for Reconsideration (ECF No. 84). Plaintiff asks this Court to set aside its Order Adopting Findings and Recommendations (ECF No. 76). That Order incorrectly states that no objections to the Magistrate Judge's Findings and Recommendations were filed. Plaintiff did timely file his objections to the Magistrate Judge's Order on June 7, 2021 (ECF No. 72). The court has now reviewed and considered Plaintiff's objections and still finds the Magistrate Judge's May 17, 2021 Findings and Recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, Plaintiff's Motion for Reconsideration is DENIED.

Dated: July 20, 2021

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1