UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE PECCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REAHABILITATION,<br><br>    Defendant. | No.  2:18-cv-03049 JAM AC<br><br><br>ORDER |

    Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On August 12, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 94.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 95.  Defendant has filed a response to plaintiff's objections.  ECF No. 96.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 12, 2021, are adopted in full; and

2. Defendant's motion for summary judgment (ECF No. 69) is GRANTED, judgment is entered in favor of defendant, and this case is closed.

Dated:  October 19, 2021                            /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE