UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE PECCIA, | No. 2:18-cv-03049 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

This case has been re-opened pursuant to the mandate of the Court of Appeals for the Ninth Circuit. ECF No. 104. Plaintiff, who previously appeared in this court pro se, was represented on appeal by Corey Evan Parker of The Appellate Law Firm. Mr. Parker is listed on the docket as plaintiff's counsel. Before the case can be scheduled on remand, the status of counsel must be clarified.

Plaintiff is hereby ORDERED to file a status report within 14 days of this order indicating whether he (1) intends to proceed with Mr. Parker as counsel, (2) intends to proceed in pro se, or (3) requires time to retain new counsel. A substitution of attorneys or a motion to withdraw, see E.D. Cal. Local Rule 182(g) & (d), may be filed in lieu of a status report.

IT IS SO ORDERED.

DATED: May 30, 2024

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE