IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE PECCIA,<br><br>       Plaintiff,<br>V.<br><br>STATE OF CALIFORNIA/DEPARTMENT OF CORRECTIONS AND REHABILITATION and DOES 1 through 5, inclusive,<br><br>       Defendant. | 2:18-CV-03049-TLN-AC PS<br><br><br>~~PROPOSED~~] ORDER GRANTING PLAINTIFF PECCIA'S REQUEST FOR LEAVE TO SUBMIT A 25-PAGE OPPOSITION BRIEF |

  On November 29, 2025, Plaintiff Jake Peccia filed a Motion for Leave to File an Oversized Opposition Brief, requesting permission to file an opposition brief of up to 25 pages in length. Plaintiff sought leave to exceed the standard page limit of 20 pages for an opposition brief, to adequately address the complex issues presented in Defendant, California Department of Corrections and Rehabilitation, ("CDCR")'s Supplemental Brief and renewed Motion for Summary Judgement.  Defendants do not oppose or object to plaintiff's request to exceeding 20 pages.

The Court, having considered Plaintiff's motion and the reasons stated therein, and finding **good cause** therefore:

**HEREBY ORDERS** that the motion is **GRANTED**. Plaintiff may file an Opposition Brief not to exceed **twenty-five (25) pages** in length, exclusive of the table of contents, table of authorities, exhibits, and declarations.

**IT IS SO ORDERED.**

DATED: December 1, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE