IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE PECCIA,<br><br>      Plaintiff,<br><br>V.<br><br>STATE OF CALIFORNIA/DEPARTMENT OF CORRECTIONS AND REHABILITATION and DOES 1 through 5, inclusive,<br><br>      Defendant. | 2:18-CV-03049-TLN-AC-PS<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF PECCIA'S SECOND REQUEST MOTION FOR EXTENSION TO FILE OPPOSITION BRIEF |

  **IT IS HEREBY ORDERED** that the Plaintiff's Motion for Second Extension of Time to File Opposition to Defendant's Supplemental Brief is GRANTED. Plaintiff, Jake Peccia, shall file his Opposition brief on or before **January 16, 2026**.

  **IT IS SO ORDERED.**

**DATED: December 9, 2025**

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1