IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE PECCIA,<br><br>                                    **Plaintiff,**<br>        V.<br><br>**STATE OF CALIFORNIA/DEPARTMENT OF CORRECTIONS AND REHABILITATION and DOES 1 through 5, inclusive,**<br><br>                                    **Defendant.** | **2:18-CV-03049-TLN-AC-PS**<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME** |

    **IT IS HEREBY ORDERED** that the Plaintiff's Motion for an Extension of Time is **GRANTED**.   Plaintiff shall file his **corrected supplemental brief and any accompanying motions** on or before February 2, 2026.


**DATED: January 13, 2026**

_allison Clare_
_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1