IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE PECCIA,<br><br>Plaintiff,<br><br>V.<br><br>STATE OF CALIFORNIA/DEPARTMENT OF CORRECTIONS AND REHABILITATION and DOES 1 through 5, inclusive,<br><br>Defendant. | 2:18-CV-03049-TLN-AC PS<br><br>PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME AND FOR LEAVE TO FILE CORRECTED SUPPLEMENTAL BRIEF |

The Court has considered Plaintiff's Ex Parte Application for Extension of Time to File Opposition to Defendant's Supplemental Brief and for Leave to File Corrected Supplemental Brief, the supporting declaration and exhibits, Defendant's stated opposition, and the record in this matter. Good cause appearing under Federal Rule of Civil Procedure 6(b)(1)(A), IT IS HEREBY ORDERED that the Application is GRANTED.

**IT IS FURTHER ORDERED** that:

1. Plaintiff's deadline to file his opposition to Defendant's Supplemental Brief and renewed motion for summary judgment (ECF No. 125) is extended from February 2, 2026, to March 19, 2026, or such other date as the Court may specify in this Order.

1

2. Plaintiff is granted leave to prepare and file, on or before the same extended deadline set in Paragraph 1, a Corrected Supplemental Brief, which shall supersede and replace Plaintiff's Supplemental Brief previously filed at ECF No. 126.

3. Upon the filing of Plaintiff's Corrected Supplemental Brief, ECF No. 126 shall be deemed superseded and need not be considered by the Court in resolving the issues on remand.

4. Defendant may file any reply or response to Plaintiff's opposition and/or Corrected Supplemental Brief within [twenty-one (21)] days after service of Plaintiff's filing, or within such other time as the Court may later order.

**SO ORDERED.**

**DATED: February 2, 2026**

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2