IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAKE PECCIA,

                    Plaintiff,

        V.

STATE OF CALIFORNIA/DEPARTMENT
OF CORRECTIONS AND
REHABILITATION and DOES 1 through 5,
inclusive,

                    Defendant.

2:18-CV-03049-TLN-AC PS

STIPULATION AND [PROPOSED]
ORDER FOR FIRST EXTENSION OF
TIME TO FILE OBJECTIONS TO
MAGISTRATE JDGE CLAIRE'S
FINDINGS AND RECOMMENDATIONS

STIPULATION

        Plaintiff *pro se* Jake Peccia and Defendant State of California Department of Corrections and Rehabilitation ("CDCR"), by and through their counsel of record, Deputy Attorney General John McGlothlin, hereby stipulate and agree as follows:

        1.        On May 26, 2026, the Magistrate Judge issued Findings and Recommendations (ECF No. 158), which provided a 21-day window for parties to file written objections. The current deadline to file objections is June 16, 2026.

1

2. Plaintiff was traveling out of town due to a sudden family bereavement and to attend a family wedding from May 26 through June 7, 2026. Because Plaintiff is proceeding *pro se* and relies on physical mail, his mail went uncollected, and he did not receive or review the Court's 23-page order until his return on June 7, 2026.

3. Furthermore, Plaintiff operates with dyslexia and a severe learning disability, which inherently requires additional reading and processing time to evaluate a dense legal order against a multi-thousand-page record.

4. Immediately following his return, on June 8, 2026, Plaintiff began fulfilling a pre-arranged caregiving obligation to host his sister and her family, including his 13-year-old non-verbal autistic nephew who requires constant line-of-sight supervision. On June 9, 2026, a severe household safety crisis occurred when the child lit an unvented fire in the residence, filling the home with heavy smoke and requiring two full days of ventilation.

5. On June 10, 2026, Plaintiff initiated a meet-and-confer request to defense counsel detailing these extraordinary personal hardships, cognitive challenges, and truncated operational timelines.

6. To accommodate these severe exigencies and ensure Plaintiff has an adequate opportunity to parse the record, the parties mutually stipulate to a 45-day extension of time for Plaintiff to file his written objections.

7. CDCR assumes for purposes of this stipulation that Plaintiff's representations as to the need for extension are made in good faith. CDCR does not by this stipulation admit that any of Plaintiff's representations are true and correct, as CDCR lacks sufficient knowledge, has not had opportunity to investigate, and is providing this stipulation due to the exigency of time. CDCR further anticipates that it will object to any subsequent request for extension by Plaintiff.

8. The new agreed-upon deadline for Plaintiff to file his Objections to the Findings and Recommendations shall be July 31, 2026. This is the first extension requested relative to this order.

/ / /

/ / /

/ / /

IT IS SO **STIPULATED.**

Dated: June 12, 2026

**Respectfully Submitted by,**

**/s/ *Jake Peccia***

**Jake Peccia, Pro Se E-Filer**
**Self-Represented Plaintiff**

Dated: June 12, 2026

**OFFICE OF THE ATTORNEY GENERAL**
**STATE OF CALIFORNIA**

**By:** ___**/s/ John McGlothlin**_____

**JOHN MCGLOTHLIN**
**Deputy Attorney General**
**Counsel for Defendant CDCR**

**3**

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff Jake Peccia shall file his written Objections to the Magistrate Judge's Findings and Recommendations (ECF No. 158) on or before July 31, 2026.**

**Dated: June 15, 2026**

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE