**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAKE PECCIA,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**STATE OF CALIFORNIA/DEPARTMENT OF CORRECTIONS AND REHABILITATION and DOES 1 through 5, inclusive,**<br><br>**Defendant.** | **2:18-CV-03049-TLN-AC PS**<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF PECCIA'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's deadline to file written objections to the Magistrate Judge's Findings and Recommendations (ECF No. 158) is extended from July 31, 2026 to August 30, 2026.

**IT IS SO ORDERED.**

**DATED: August 3, 2026**

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE